AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ISLAND FARMS, LLC, PORTER PLANTING COMPANY PARTNERSHIP, and WYATT FARM PARTNERSHIP <br><br> *Plaintiff(s)* <br> v. <br> UMB BANK, N.A. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:21-cv-721-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant UMB Bank, N.A.
1010 Grand Blvd.
Kansas City, MO 64106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John W. ("Don") Barrett
Barrett Law Group, P.A.
404 Court Square North
Lexington, MS 39095

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:  11/8/2021

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Mississippi

Case Number: 3:21-CV-721-HTW-LGI

Plaintiff:
**Island Farms, LLC, et al**

vs.

Defendant:
**UMB Bank, N.A.**

For:
Barrett Law Group, P.A.
404 Court Square N
Lexington, MS 39095

Received by Action Legal Process to be served on **UMB Bank, N.A., 1010 Grand Blvd, Kansas City, MO 64106**.

I, Ronald J. Rugen, being duly sworn, depose and say that on the **9th day of November, 2021** at **9:15 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint** with the date and hour of service endorsed thereon by me, to: **kenneth Miller** as **legal process specialist** for **UMB Bank, N.A.**, at the address of: **1010 Grand Blvd, UMB Bank, N.A., Kansas City, MO 64106**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 9th day of November, 2021 by the affiant who is personally known to me by presenting photo identification.

_____
NOTARY PUBLIC
STATE OF Missouri
COUNTY OF Clay

_____
Ronald J. Rugen
Process Server

Action Legal Process
6812 N. Oak Trafficway
Suite 2
Kansas City, MO 64118
(888) 511-1919

Our Job Serial Number: RTI-2021023663

NONA L NISSEN
NOTARY PUBLIC, NOTARY SEAL
STATE OF MISSOURI
PETTIS COUNTY
COMMISSION # 21173878
MY COMMISSION EXPIRES: JUNE 1, 2025

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2e

