UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ISLAND FARMS, LLC, PORTER PLANTING COMPANY PARTNERSHIP, and WYATT FARM PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>UMB BANK, N.A.,<br><br>　　　　　*Defendant*. | Case No.  3:21-CV-721-HTW-LGI |

**PLAINTIFFS' UNOPPOSED MOTION FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, Island Farms, LLC, Porter Planting Company Partnership and Wyatt Farms Partnership (hereinafter "Plaintiffs"), through undersigned counsel, hereby move for oral argument on Defendant's Motion to Dismiss Plaintiffs' Amended Complaint [Dkt. No. 19]. Plaintiffs believe that oral argument on Defendant's motion to dismiss, which is fully briefed, will assist the Court and allow the parties to opportunity to answer any questions the Court may have as to the arguments. Given the relief sought by this motion, Plaintiffs have not filed a memorandum brief. Plaintiffs' motion is unopposed.

For the reasons stated above, Plaintiffs respectfully pray the Court set oral argument on Defendant's Motion to Dismiss Plaintiffs' Amended Complaint.

Dated: April 19, 2022　　　　　　　　　/s/ *Don Barrett*
　　　　　　　　　　　　　　　　　　John W. ("Don") Barrett (MSB #2063)
　　　　　　　　　　　　　　　　　　Katherine Barrett Riley (MSB #99109)
　　　　　　　　　　　　　　　　　　Sterling Aldridge (MSB #104277)
　　　　　　　　　　　　　　　　　　David McMullan, Jr. (MSB #8494)
　　　　　　　　　　　　　　　　　　**BARRETT LAW GROUP, P.A.**
　　　　　　　　　　　　　　　　　　P.O. Box 927
　　　　　　　　　　　　　　　　　　404 Court Square North

Lexington, Mississippi 39095
Telephone: (662) 834-2488
donbarrettpa@gmail.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Richard Barrett
Law Offices of Richard R. Barrett, PLLC
2086 Old Taylor Rd, suite 1011
Oxford, MS 38655
Telephone: (662) 380-5018
rrb@rrblawfirm.net

Jonathan W. Cuneo
Monica Miller
Jennifer E. Kelly
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
monica@cuneolaw.com
jkelly@cuneolaw.com

Charlie Merkel (MSB #2884)
John Cocke
Ted Connell (MSB #1647)
Chris Winter (MSB #10300)
**MERKEL AND COCKE**
P O Box 1388
Clarksdale, MS 38614
662 627 9641
cmerkel@merkel-cocke.com
jcocke@merkel-cocke.com
tconnell@merkel-cocke.com
cwinter@merkel-cocke.com

Michael T. Lewis, Sr (MSB #1238)
Pauline Shuler Lewis (MSB #1239)
**LEWIS AND LEWIS ATTORNEYS**
P O Box 2430
Oxford, MS 38655
662 832 8569
mike@lewisattorneys.com
pauline@lewisattorneys.com

        Gerald M. Abdalla (MSB # 101213)
        **ABDALLA LAW, PLLC**
        602 Steed Road, Suite 200
        Ridgeland, Mississippi 39157
        (601) 278-6055 t
        (601) 487-4595 f
        jerry@abdalla-law.com

        E. Carlos Tanner, III (MSB# 102703)
        **TANNER & ASSOCIATES, LLC**
        263 E. Pearl Street
        Jackson, Mississippi 39201
        carlos.tanner@thetannerlawfirm.com
        601.460.1745 (Telephone)
        662.796.3509 (Facsimile)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    This the 19 day of April 2022.

                      /s/ *Don Barrett*
                      John W. ("Don") Barrett